# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Anthony D. Paoletti and Alice J. Paoletti , | ) |
| Debtor(s) | ) |
| | ) |
| | ) Case No. 13–31718–5–mcr |
| | ) |
| | ) |
| Social Security No(s).: xxx–xx–8219xxx–xx–5713 and all | ) Chapter 7 |
| Employer's Tax Identification No(s). *[if any]* | ) |
| | ) |
| | ) |
| | ) |

### CLERK'S NOTICE OF DEFICIENT DOCUMENT FILED

The Clerk has received and filed your document(s) numbered 11 with respect to the above case/adversary. The Court cannot further process your document as filed due to:

☑ *Problem/Error:*

**The PDF you filed is does not include the complete name of the case.**

## *To resolve the deficiency, you must complete the following action by 10/24/2013 :*

☑ *Corrected Action Needed:*

**Please SEND a Corrected PDf showing names of both Debtors**

Failure to resolve the deficiency(s) by the above deadline may result in the Court not processing your pleadings, not granting the relief requested, and/or taking other Court action as appropriate.

In the event that you have provided notice to parties, it is your responsibility to advise parties of any changes or corrections.

Date: 10/22/13

KIM F. LEFEBVRE
Clerk of the Bankruptcy Court

By:  Dina M. Cappello
        (518) 257–1611
        Deputy Clerk's Name and Telephone Number